**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| MARTEZ MOODY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:25-cv-00801-ACL |
| | ) |
| FEDERAL BUREAU OF INVESTIGATION – | ) |
| ST. LOUIS FIELD OFFICE, et al., | ) |
| | ) |
| Defendants. | ) |

**MEMORANDUM AND ORDER**

This matter is before the Court upon its own motion. Self-represented Plaintiff Martez Moody has initiated this action with an unsigned Complaint. *See* ECF No. 1 at 10. Under Federal Rule of Civil Procedure 11, every written pleading or motion must be signed "by a party personally if the party is unrepresented" and the Court may strike an unsigned paper "unless the omission is promptly corrected after being called to the . . . party's attention." Similarly, the local rules of this Court also require that all filings be signed by the party or the party's attorney. *See* E.D. Mo. L.R. 2.01(A)(1). As such, the Court will order the Clerk to return the Complaint to Plaintiff, so that Plaintiff may sign it and return it to the Court for filing. If Plaintiff fails to comply with this Order, Plaintiff's action will be dismissed without further notice.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk shall return Plaintiff's Complaint to him and Plaintiff shall sign the Complaint and return it to the Court, within **thirty (30) days** of the date of this Order.

**IT IS FINALLY ORDERED** that if Plaintiff fails to comply with this Order, this case will be dismissed without prejudice.

Dated this 9th day of June, 2025.

                                        ***/s/ Abbie Crites-Leoni***
                                        ABBIE CRITES-LEONI
                                        UNITED STATES MAGISTRATE JUDGE